**C. C. BLACKMAN, Appellant, v. STATE of Texas, Appellee.**

**No. 19315.**

Court of Criminal Appeals of Texas.

Dec. 22, 1937.

W. D. Hollars, of Vernon, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for swindling; penalty assessed at a fine of $15 and confinement in the county jail for three days.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.